**Mirza Lorena CARPIO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73842.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Dec. 21, 2012.

Alan Hutchison, Reno, NV, for Petitioner.

Dana Michelle Camilleri, DOJ–U.S. Department of Justice, OIL, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of The Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Mirza Lorena Carpio, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her applications for asylum, withholding of removal, relief under the Convention Against Torture, and special rule cancellation of removal under the Nicaraguan Adjustment and Central American Relief Act. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

Carpio's only argument is that her case should be remanded to the agency for consideration of her claim, based on *Perdomo v. Holder*, 611 F.3d 662 (9th Cir.2010), that she has a well-founded fear of persecution on account of her membership in the particular social group of Guatemalan women. We lack jurisdiction to consider this claim because she did not raise it to the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

